Brown, C.J.,
dissenting.
{¶ 26} Absent a patent and unambiguous lack of jurisdiction, a court having general subject-matter jurisdiction over an action possesses the legal authority to determine its own jurisdiction. Whitehall ex rel. Wolfe v. Ohio Civ. Rights Comm. (1995), 74 Ohio St.3d 120, 123-124, 656 N.E.2d 684. Like the appellate court, I cannot conclude based on the record before us that the common pleas court patently and unambiguously lacks jurisdiction. State ex rel. Cleveland v. Sutula, Cuyahoga App. No. 94264, 2010-Ohio-914, 2010 WL 877517, ¶ 27. Accordingly, I dissent.